Case 1:05-cv-01813-WYD-GJR   Document 24   Filed 01/24/06   USDC Colorado   Page 1 of 1
JAN-24-2006 TUE 01:38 PM U S DISTRICT COURT            FAX NO. 970 241 6214                P. 02

Case 1:05-cv-01813-WYD-GJR   Document 17   Filed 01/20/2006   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01813-WYD-GJR

KIM C. KOKESH,

    Plaintiff,

v.

FIRST NATIONAL BANK OF PAONIA,

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO PARTICIPATE IN PLANNING/SCHEDULING CONFERENCE BY TELEPHONE

THIS MATTER came before the Court upon Defendant's Unopposed Motion to Participate in Planning/Scheduling Conference by Telephone.

THE COURT having reviewed the pleading and being fully advised in the premises, finds sufficient cause to grant the Defendant's request.

IT IS THEREFORE ORDERED that Defendant's lead counsel Thomas E. Johnson may appear at the Planning/Scheduling Conference via telephone.

Dated this 24th day of January, 2006.

BY THE COURT:

_____
United States Magistrate Judge