IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01813-WYD-GJR

KIM KOKESH,

    Plaintiff,

v.

FIRST NATIONAL BANK OF PAONIA,

    Defendant.

---

### ORDER GRANTING DEFENDANT FIRST NATIONAL BANK OF PAONIA'S MOTION TO AMEND ANSWER

---

THIS MATTER came before the Court upon Defendant First National Bank of Paonia's ("FNB" or "Defendant") Motion to Amend Answer.

THE COURT, having reviewed the pleadings and being fully advised in the premises, finds sufficient cause to grant Defendant's request.

IT IS THEREFORE ORDERED, that Defendant's Motion to Amend Answer is GRANTED, and the Amended Answer is accepted for filing by the Court.

Done this 12th ~~day of May~~ June, 2006.

BY THE COURT:

_____
United States ~~District Court Judge~~ Magistrate Judge