IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01813-WYD-GJR

KIM C. KOKESH,

Plaintiff,

v.

FIRST NATIONAL BANK OF PAONIA,

Defendant.

---

**ORDER GRANTING JOINT MOTION FOR AMENDMENT OF THE SCHEDULING ORDER**

---

THIS MATTER comes before the Court on the Joint Motion for Amendment of the Scheduling Order. Having considered this motion, the Court grants said motion. The parties have shown good cause for modification of the scheduling order. For this reason the court modifies the deadlines in the scheduling order as follows:

| | |
|---|---|
| Deadline for expert disclosures | September 14, 2006 |
| Deadlines for rebuttal expert disclosures | November 1, 2006 |
| Discovery cut off date | December 27, 2006 |
| All written discovery must be submitted to the opposing party at least thirty-three days in advance of the discovery cut-off date, or by | November 24, 2006 |
| Deadline to amend complaint to add punitive damages | October 27, 2006 |
| Deadline for dispositive motion | March 5, 2007 |
| A proposed final pretrial order is due | April 27, 2007 |

Dbt f !2;16.dw.12924.X ZE.HKS!!!!!Epdvn f ou56!!!!!Gjrhe!1801803117!!!!!Qbhf !3!pg3

The court will schedule a final pretrial conference with counsel for the parties. The conference will tentatively be scheduled for May 7, 2007.

DATED this 3rd day of August, 2006.

**BY THE COURT:**

_Gudrun Rice_
US Magistrate Judge