IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01813-WYD-PAC

KIM C. KOKESH,

    Plaintiff,

v.

FIRST NATIONAL BANK OF PAONIA,

    Defendant.

---

### ORDER OF DISMISSAL

---

Pursuant to and in accordance with the Stipulated Motion to Dismiss with Prejudice, signed by the attorneys for the parties hereto, it is hereby

ORDERED that the Complaint and cause of action are **DISMISSED WITH PREJUDICE**, with each party to bear its/his own attorneys' fees and costs.

Dated:  September 25, 2006

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge